# LATHROP & GAGE LLP

ROBERT E. EGGMANN
DIRECT LINE: (314) 613-2836
EMAIL: REGGMANN@LATHROPGAGE.COM
WWW.LATHROPGAGE.COM

PIERRE LACLEDE CENTER
7701 FORSYTH BOULEVARD, SUITE 400
CLAYTON, MISSOURI 63105
PHONE: (314) 613-2800
FAX: (314) 613-2801

May 19, 2010

The Honorable Paul A. Magnuson
United States District Court Judge
United States District court
734 Federal Building
316 N. Robert Street
St. Paul, MN 55101

    Re: <u>Reeves v. Tighorn Financial Services, et. al</u>
          Court File No: 08-cv-4866 PAM/FLN

Dear Judge Magnuson:

    On behalf of Tighorn Financial Services d/b/a New Horizons Financial Services and G. Shaffer, I join in Plaintiff's request to continue this case from the docket of July 1, 2010. I believe that counsel's reasons for requesting this continuance are valid.

    With regard to the rescheduling of this matter, please note that I am scheduled to start trial on July 7, 2010 and, as a bankruptcy trustee, have hearings scheduled for every Friday through August, 2010 with the exception of the period of July 30 through August 8 when I have scheduled a long awaited family vacation.

    Thank you for your consideration and courtesy.

                              Sincerely,

                              LATHROP & GAGE LLP

                              By: Robert E. Eggmann

cc:    Trista M. Roy
        Gregory J. Myers
        Eric J. Rucker

CALIFORNIA    COLORADO    ILLINOIS    KANSAS    MISSOURI    NEW YORK

CLAYTON 40469v1