UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dennis Reeves, on behalf of himself and all others similarly situated, | Civil No. 08-4866 (PAM/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| Tighorn Financial Service, L.L.C, d/b/a New Horizons Financial Services, Total Card, Inc., Monterey County Bank, and G. Shaffer, individually, | |
| Defendants. | |

This matter is before the Court on the parties' proposed class notice. The Court has reviewed the proposed notice and finds that it comports with the requirements of Fed. R. Civ. P. 23(c)(2). The parties are **DIRECTED** to send the notice forthwith to all identifiable potential class members, after including the appropriate website citation in footnote 1 and a date 60 days from the mailing of the notice in the first paragraph on the third page.

Dated: June 25, 2010

 s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge